# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **EMILY G. MYERS**, <br><br> Plaintiff, <br><br> v. <br><br> **ACCOUNT ADJUSTMENT BUREAU, INC., and Patrick Sommerville,** <br><br> Defendants. | Case No. 2:17-cv-13964 <br> Honorable Laurie J. Michelson |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and having been advised by the stipulation of the parties below, IT IS HEREBY ORDERED that the claims against all defendants are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The Court retains jurisdiction only for purposes of enforcing the settlement in this matter.

SO ORDERED.

Date: March 29, 2019                                                s/Laurie J. Michelson
                                                                                    United States District Judge

  /s/ Rex C. Anderson
Rex C. Anderson, Esq. (P47068)
Rex Anderson, P.C.
Attorney for Plaintiff
9459 Lapeer Rd, Suite 101
Davison MI 48423
(810) 653-3300
rex@rexandersonpc.net

*/s/*  *Herman D. Hofman*
 Herman D. Hofman (P81297)
Business Address, Telephone, and Email:
P.O. Box 352
Grand Rapids, MI 49501-0352
Telephone: (616) 336-6000
hdhofman@varnumlaw.com